ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR    5482
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:   (808) 550-4991

Attorney for Defendant
Art Ramirez

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 29 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  04-00438 HG |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MOTION; MOTION** |
| | ) | **FOR EARLY TERMINATION OF** |
| vs. | ) | **PROBATION; DECLARATION** |
| | ) | **OF COUNSEL; EXHIBIT "A";** |
| ART RAMIREZ, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | Date: |
| | ) | Time: |
| _____ | ) | Judge:  Helen Gillmor |

## NOTICE OF MOTION

TO:   Chris A. Thomas
      Assistant United States Attorney
      300 Ala Moana Boulevard, Suite 6100
      Honolulu, Hawaii  96813
          Attorney for Plaintiff United States of America

Brandon Schneider
United States Probation Officer
5500 Telegraph Road, Suite 241
Ventura, California  93003


PLEASE TAKE NOTICE that the following motion will be heard before

the  Honorable _____, in his/her

courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu,

Hawaii, on _____, 2006 at _____ ____. m., or as soon as counsel

may be heard.

DATED:  Honolulu, Hawaii, June 28, 2006.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Art Ramirez

UNITED STATES OF AMERICA v. ART RAMIREZ; CR. NO. 04-00438 HG; In the
United States District Court for the District of Hawaii; Notice of Motion; Motion for
Early Termination of Probation; Declaration of Counsel; Exhibit "A"; Certificate of
Service.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00438 HG |
| | ) | |
| Plaintiff, | ) | **MOTION FOR EARLY** |
| | ) | **TERMINATION OF** |
| vs. | ) | **PROBATION** |
| | ) | |
| ART RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **MOTION FOR EARLY TERMINATION OF PROBATION**

Comes Now, Defendant Art Ramirez, through counsel, Birney B. Bervar, and moves this court for early termination for his three (3) year term of probation imposed by this court on May 19, 2005. Ramirez has complied with all the terms and conditions of his probation. Ramirez is employed full-time and lives with his wife and four children in Ventura, California, and therefore further requests that his presence at the hearing on this motion be waived, or that he be allowed to appear by telephone.

This motion is based upon the attached Declaration of Counsel, the records and files herein, and such further evidence as the court may hear.

DATED: Honolulu, Hawaii, June 28, 2006.

BIRNEY B. BERVAR
Attorney for Defendant
Art Ramirez