IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00438 HG |
| ) | |
| Plaintiff, ) | **DECLARATION OF** |
| ) | **COUNSEL** |
| vs. ) | |
| ) | |
| ART RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, Birney B. Bervar, declare as follows:

1. I am the attorney for Defendant Art Ramirez in the above captioned case. I represented Mr. Ramirez in the earlier proceedings in this case, including his guilty plea and sentencing.

2. Mr. Ramirez was sentenced by this court on May 19, 2005 to a term of three (3) years probation. A copy of the Judgment and Sentence is attached to this motion as Exhibit "A".

3. I have spoken to Brandon Schneider, Mr. Ramirez's assigned probation officer in Ventura, California. Mr. Schneider informed me that Mr. Ramirez has been in complete compliance with all the terms and conditions of his sentence. Mr.

Schneider informed me that Mr. Ramirez has no special conditions remaining, and that Mr. Ramirez "has done everything, and done everything on time." Mr. Schneider further informed me that he has no objection to this Motion for Early Termination of Probation. Mr. Schneider stated that he would be available to answer any questions the court may have and can be reached at the following address and telephone number:

> Brandon Schneider
> 5500 Telegraph Road, Suite 241
> Ventura, CA 93003
> Telephone: (805) 664-4685
> Facsimile: (805) 642-1149

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, June 28, 2006.

BIRNEY B. BERVAR