IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00438 HG |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| ART RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was delivered via hand-delivery or depositing said copy, postage prepaid, first class, in the United States Post Office in Honolulu, Hawaii, as indicated and addressed as set forth below:

    Chris A. Thomas
    Assistant United States Attorney
    300 Ala Moana Boulevard, Suite 6100
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    United States of America

Brandon Schneider
United States Probation Officer
5500 Telegraph Road, Suite 241
Ventura, California  93003

DATED: Honolulu, Hawaii, June 28, 2006.

*[signature]*

BIRNEY B. BERVAR
Attorney for Defendant
Art Ramirez

2