EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE NAKAKUNI    #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00438 HG |
| ) | |
| Plaintiff, ) | GOVERNMENT'S STATEMENT OF NO |
| ) | OPPOSITION TO DEFENDANT'S |
| vs. ) | MOTION FOR EARLY TERMINATION |
| ) | OF PROBATION; CERTIFICATE OF |
| ART RAMIREZ, ) | SERVICE |
| ) | |
| Defendant. ) | Date:   July 14, 2006 |
| ) | Time:   11:00 a.m. |
| ) | Judge:  Honorable Helen |
| ) |         Gillmor |

**GOVERNMENT'S STATEMENT OF NO OPPOSITION TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF PROBATION**

Defendant Art Ramirez filed on June 29, 2006, his Motion for Early Termination of Probation.

On May 19, 2005, the Court sentenced Defendant Art Ramirez to a sentence of 3 years probation.  To date, Defendant Ramirez has been in compliance with all terms and conditions of his probation.  The government has communicated with the U.S.

Probation Officer, Mr. Brandon Schneider, regarding Defendant Ramirez's performance during his period of probation.  Mr. Schneider has confirmed Defendant Ramirez's full compliance with his terms and conditions of probation.  Mr. Schneider also expressed his support for early termination of Defendant Ramirez's probation.

Based on the grounds that Defendant Ramirez has expressed his remorse and that the likelihood of recidivism is highly improbable, the government has no opposition in this case to Defendant Ramirez's Motion for Early Termination of Probation.

DATED: July 11, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Chris A. Thomas
    CHRIS A. THOMAS
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served electronically through CM/ECF</u>:

**BIRNEY B. BERVAR, ESQ.**             July 11, 2006
bbb@bervar-jones.com

Attorney for Defendant
ART RAMIREZ

<u>Served by first class mail</u>:

**U.S. PROBATION OFFICE**              July 11, 2006
Attn: BRANDON SCHNEIDER
5500 Telegraph Road, Suite 241
Ventura, CA 93003


DATED: Honolulu, Hawaii, _____July 11, 2006_____.


                                   /s/ Janice Tsumoto