IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-00438 HG-01 |
| Plaintiff, | ) | |
| vs. | ) | |
| ART RAMIREZ, | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF PROBATION**

On June 29, 2006, Defendant filed his motion for early termination of probation. The Government filed its statement of no opposition on July 11, 2006. The Probation Office, in a memo dated July 18, 2006, advised the Court that it had no objection to Defendant's early termination of probation.

The Court, having reviewed the positions of all parties and the record herein and finding good cause therefor, HEREBY GRANTS Defendant's Motion for Early Termination of Probation (Doc. No. 14).

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, July 27, 2006.



　　　　　　　　　　　　　　　　 /s/ Helen Gillmor
　　　　　　　　　　　　　　　Chief United States District Judge